UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00068-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DAVID EDWARDS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defense counsel's Motion to Excuse Counsel from Calendar Call.  Having considered defense counsel's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defense counsel's Motion to Excuse Counsel from Calendar Call (#23) is **DENIED**.  Counsel or a colleague, either a law partner or another panel attorney, shall appear at calendar call and be prepared to discuss with the court whether defendant will be filing a consent or a motion to continue, or on what day within the 70 day speedy trial period this matter will be set for trial.

Signed: August 20, 2015

Max O. Cogburn Jr.
United States District Judge