UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cr-00068-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DAVID EDWARDS,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court Defendant's Motion to Withdraw Trial Subpoena/Writ (#81) and the Government's Motion to Dismiss Indictment as to the Named Defendant (#82). Having considered both motions and reviewed the pleadings, and for good cause shown, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Withdraw Trial Subpoena/Writ (#81) and the Government's Motion to Dismiss Indictment as to the Named Defendant (#82) are both **GRANTED**.

Signed: January 29, 2016

Max O. Cogburn Jr.
United States District Judge